FILED
APR 05 2006
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

EDDIE RAY KAHN
DOUGLAS P. ROSILE
WESLEY TRENT SNIPES

Case No. 5:06-cr- 22- Oc- 10GRJ
Cts. 1-9:  18 U.S.C. §§ 287 and 2

## INDICTMENT

The Grand Jury charges that:

### COUNTS ONE THROUGH EIGHT

1. On or about the dates listed below, in Lake County, in the Middle District of Florida, and elsewhere,

EDDIE RAY KAHN
DOUGLAS P. ROSILE

defendants herein, did knowingly make and present, cause to be made and presented, and aid and abet the making and presentation of, materially false, fictitious, and fraudulent claims for payment upon and against the United States, presented to the United States Department of the Treasury, Internal Revenue Service ("IRS"), an agency of the United States, knowing that the claims were false, fictitious, and fraudulent; to wit, the defendants made and presented to the IRS, caused to be made and presented to the IRS, and aided and abetted the making and presentation to the IRS of, amended federal income tax returns (Forms 1040X) for certain individuals, whose initials are listed below, for the tax years listed below, wherein claims for income tax refunds in the

amounts listed below were made, knowing such claims to be false, fictitious, and fraudulent.

2.  The allegations in paragraph one above are hereby realleged and incorporated by reference as though separately stated for each count.

| COUNT | INITIALS OF CLAIMANT(S) | FILING DATE | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|---|
| 1 | DRH and BLH | 05/02/2001 | 1997 | $30,796.00 |
| 2 | JER and VJR | 04/09/2001 | 1997 | $18,469.00 |
| 3 | JER and VJR | 04/10/2001 | 1998 | $26,813.00 |
| 4 | JS | 04/14/2001 | 1997 | $28,477.00 |
| 5 | JS | 04/16/2001 | 1998 | $37,034.00 |
| 6 | JS | 04/16/2001 | 1999 | $341,888.00 |
| 7 | MDW | 04/23/2001 | 1997 | $4,755.00 |
| 8 | MDW | 04/23/2001 | 1999 | $18,145.00 |

All in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT NINE

On or about April 11, 2001, in Lake County, in the Middle District of Florida, and elsewhere,

> EDDIE RAY KAHN
> DOUGLAS P. ROSILE
> WESLEY TRENT SNIPES

defendants herein, did knowingly make and present, cause to be made and presented, and aid and abet the making and presentation of, a materially false, fictitious, and fraudulent claim for payment upon and against the United States, presented to the

United States Department of the Treasury, Internal Revenue Service ("IRS"), an agency of the United States, knowing that the claim was false, fictitious, and fraudulent; to wit, the defendants made and presented to the IRS, caused to be made and presented to the IRS, and aided and abetted the making and presentation to the IRS of, an amended federal income tax return (Form 1040X) for defendant WESLEY TRENT SNIPES for the tax year 1997, wherein a claim for an income tax refund in the amount of $7,360,755.00 was made, knowing such claim to be false, fictitious, and fraudulent.

In violation of Title 18, United States Code, Sections 287 and 2.

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
UNITED STATES ATTORNEY

By: _____
JOHN J. SCIORTINO
Assistant United States Attorney

By: _____
M. SCOTLAND MORRIS
Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

EDDIE RAY KAHN
DOUGLAS P. ROSILE
WESLEY TRENT SNIPES

## INDICTMENT

Violations:

18 U.S.C. §§ 287 and 2

A true bill,

_Cynthia C. Hoff_
Foreperson

Filed in open court this 5th day

of April, A.D. 2006.

_Winifred E. Beasley_
Deputy Clerk

Bail  $_____