UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:06-cr-22(S1)-Oc-10GRJ

WESLEY TRENT SNIPES
EDDIE RAY KAHN
DOUGLAS P. ROSILE

## MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Crim. P. 16(d)(1), the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves the Court to enter a protective order limiting the use and disclosure by the defense of materials and information that will be disclosed to the defense in the course of discovery in this case.

Rule 16(d)(1) provides that the Court may "for good cause, deny, restrict or defer discovery or inspection, or grant other appropriate relief."  The Supreme Court has noted that the courts may use protective orders to limit the disclosure of materials produced in discovery.  "[T]he trial court can and should, where appropriate, place a defendant and his counsel under enforceable orders against unwarranted disclosure of materials which they may be entitled to inspect." Alderman v. United States, 394 U.S. 165, 185 (1969).

The discovery materials in this case contain the names, social security numbers, financial information, and other personal and identifying information of thousands of customers of American Rights Litigators (ARL) and Guiding Light of God Ministries (GLGM).  The discovery materials also contain such information of the defendants.  The

requested protective order would protect the privacy interests of the ARL/GLGM customers, as well as the defendants.

WHEREFORE, the United States respectfully requests that the Court enter an order limiting the defense's use of the discovery materials provided by the government, and the information contained therein, to preparation for and use at trial; and further prohibiting the defense from disclosing such materials and information to third parties without prior approval of the Court. The United States requests that said order apply to all of the named defendants and their agents, as well as all current and future counsel for the defendants in this case. The United States further requests that the order continue in effect until revoked or modified by the Court.

>Respectfully submitted,
>
>PAUL I. PEREZ
>United States Attorney
>
>By: *s/ M. Scotland Morris*
>M. SCOTLAND MORRIS
>Assistant United States Attorney
>USAO No. 092
>300 N. Hogan Street, Suite 700
>Jacksonville, FL 32202
>Telephone: 904-301-6300
>Facsimile: 904-301-6310
>E-mail: scot.morris@usdoj.gov

U.S. v. SNIPES et al.                                    Case No. 5:06-cr-22(S1)-Oc-10GRJ

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s):

>Michael W. Nielsen
>Attorney for Eddie Ray Kahn
>
>David A. Wilson
>Attorney for Douglas P. Rosile

I hereby certify that on November 7, 2006, a true and correct copy of the foregoing was mailed to the following non-CM/ECF participant(s):

>N/A

>*s/ M. Scotland Morris*
>M. SCOTLAND MORRIS
>Assistant United States Attorney