**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Golden-Collum Memorial Federal Building
and United States Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, Florida  34475
352-369-4860
www.flmd.uscourts.gov

| | |
|---|---|
| Sheryl L. Loesch<br>Clerk | Jim Leanhart<br>Ocala Supervisor |

**UNITED STATES OF AMERICA**

-vs-                                                     Case No.  5:06-cr-22(S1)-Oc-10GRJ

**WESLEY TRENT SNIPES**
_____

### SIXTH NOTICE OF SURRENDERED PASSPORT

To:   U.S. Department of State-Passport Services
      Office of Citizenship Appeals and Legal Assistance
      Attn:  Laverne Massie
      2100 Pennsylvania Ave., N.W., 3rd Floor
      Washington, D.C.  20037

   **PURSUANT** to Court Order in the above styled case, the Defendant's passport (number 112833658) was re-surrendered to the custody of the Clerk of Court on September 16, 2009.  The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

   Defendant's date of birth:        1962

   Defendant's place of birth:       Florida

   Received by Clerk from:           Daniel R. Meachum, Esq.

                                     SHERYL L. LOESCH, CLERK


                                     *D. DeNicola*
                                     _____
                                     By:  D. DeNicola, Deputy Clerk

c:   Counsel of Record
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator