# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA :

V. : **No. 5:06-CR-22-Oc-WTH-GRJ**

WESLEY TRENT SNIPES, :
Defendant

:

## DEFENDANT WESLEY SNIPES' EMERGENCY MOTION TO STAY SELF SURRENDER

Pursuant to Local Rules 3.01(e), undersigned counsel hereby moves this Court for an Order granting its Emergency Motion to Stay Self Surrender notice for Defendant Wesley Trent Snipes. Defense counsel has conferred with government's counsel, Robert O'Neil, who consents to this motion. In support of this motion, the undersigned states as follows:

1. On August 19, 2010, Defendant Snipes' counsel received a letter from the United States Marshals' Office directing Defendant to self surrender on September 2, 2010. (See Exhibit "A")

2. This Court entered an Order on August 5, 2010 regarding the government's motion to revoke bail and the Defendant's motion for bail (Doc. No. 533).

3. The Court's August 5, 2010 Order provided the parties a scheduling

order for motions and responses and reserved "ruling on all motions until receipt of a mandate, and until all pending motions (including any anticipated motion for new trial) are fully briefed and ripe for disposition. The Court's August 5, 2010 Order stayed the motion as to the revocation of Defendant's bail. The Bureau of Prisons and the U.S. Marshals have acted prematurely and without authority to designate and request surrender by the Defendant.

Based on the foregoing, undersigned counsel respectfully request that an Order granting stay of Defendant Snipes' self surrender be GRANTED.

Respectfully submitted on August 23, 2010.

s/Linda Moreno
LINDA MORENO
Linda Moreno, PA
P.O. Box 10985
Tampa, FL 33679

tel.: (813) 247-4500
Fla. Bar # 112283

s/Carmen D. Hernandez
CARMEN D. HERNANDEZ
717 D Street NW, Suite 310
Washington, DC 20004
tel: (202) 628-0090

s/Daniel R. Meachum
DANIEL R. MEACHUM
Daniel R Meachum & Assoc., LLC
101 Marietta Street, Suite 2400
Atlanta, GA 30303

tel.: (404) 521-0029
fax: (404) 521-0030

Of Counsel:
PETER GOLDBERGER
50 Rittenhouse Place
Ardmore, PA 19003
tel: (610) 649-8200
fax: (610) 649-8362
Pennsylvania State Bar No. 22364
e-mail: peter.goldberger@verizon.net


Attorneys for Appellant Snipes

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Jeffrey A. McLellan             jeffrey.a.mclellan@usdoj.gov

Robert E. O'Neill               robert.o'neill@usdoj.gov



**U.S. Department of Justice**

United States Marshals Service



EXHIBIT "A"

Middle District of Florida

---

*Orlando, FL 32801*
August 17, 2010

Wesley Snipes
c/o Daniel R. Beachum & Associates
Centennial Tower
101 Marietta Street, Suite 2400
Atlanta, GA   30303

       Case Number   :5:06-CR-22-OC-10GRJ
       Certified Receipt   :7010 0290 0000 5373 6519

Voluntary Surrender Date:September 2, 2010

    Designated Institution:

                                      Phone: 814-362-8900

    You are to report to the above facility on the date indicated not later than 12:00 Noon.  It will be your financial responsibility to provide transportation to this facility.  Failure to report at the designated place and time may result in additional criminal charges for failure to surrender for service of your sentence.  If you have any questions or other concerns please contact the above facility.

                          Sincerely,

                          Thomas D. Hurlburt Jr.
                          United States Marshal
                          Middle District of Florida

            By:    Robert J. Carson
                     Criminal Clerk
                     Orlando Division