UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.  5:06-cr-22-Oc-10GRJ

WESLEY TRENT SNIPES
_____/

**O R D E R**

The Defendant has filed an "Emergency Motion to Stay Self Surrender" (Doc. 536). It appears from the motion that the Defendant has been instructed by the Marshal to surrender himself to commence service of the commitment portion of his sentence on September 2, 2010.  The Defendant is presently at liberty on bail pending appeal, and although the Court of Appeals has issued an opinion affirming his conviction and sentence, no mandate has issued.  Additionally, there are various pending motions (as well as a contemplated motion yet to be filed) as to which a decision should be made before the judgment is executed.  Finally, the Defendant's motion recites that counsel for the United States of America consents to the requested relief.

Accordingly, the Defendant's "Emergency Motion to Stay Self Surrender" (Doc. 536) is GRANTED.  The execution of the commitment component of the Defendant's sentence is hereby deferred pending further order of the Court.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 23rd day of August, 2010.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
              Maurya McSheehy, Courtroom Deputy
              Wesley Trent Snipes
              United States Marshal
              Bureau of Prisons
              Pretrial Services