UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA :

V. : **No. 5:06-CR-22-Oc-WTH-GRJ**

WESLEY TRENT SNIPES, :
Defendant

:

## DEFENDANT WESLEY SNIPES' EMERGENCY MOTION TO STAY SELF SURRENDER

Pursuant to Local Rules 3.01(e), undersigned counsel hereby moves this Court for an Order granting its Emergency Motion to Stay Self Surrender notice for Defendant Wesley Trent Snipes. Defense counsel has conferred with government's counsel, Robert O'Neil, who declined to consent to this motion. In support of this motion, the undersigned states as follows:

1. On November 30, 2010, Defendant Snipes' counsel received a letter from the United States Marshals' Office directing Defendant to self surrender on December 9, 2010. (See Exhibit "A")

2. The Defendant has four minor children ranging in age from 4 years old to 9 years old.

3. The December 9, 2010 surrender date is in the middle of the holiday season.

4. The Defendant has always been respectful of and honored all of his obligations while on bond.

5. The undersigned Counsel will personally escort Defendant to his designated facility on January 6, 2010.

6. On December 3, 2010 undersigned counsel wrote a letter to United States Attorney Robert O'Neil and sought the government's consent to this motion for stay of self surrender date. Mr. O'Neil declined to consent.

Based on the foregoing, undersigned counsel respectfully request that an Order granting stay Defendant Snipes' self surrender until January 6, 2011 be GRANTED.

Respectfully submitted on December 3, 2010.

> s/Daniel R. Meachum
> DANIEL R. MEACHUM
> Attorney for Defendant Snipes
> Daniel R Meachum & Assoc., LLC
> 101 Marietta Street, Suite 2400
> Atlanta, GA 30303
>
> tel.: (404) 521-0029
> fax: (404) 521-0030

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

| | |
|---|---|
| Jeffrey A. McLellan | jeffrey.a.mclellan@usdoj.gov |
| Robert E. O'Neill | robert.o'neill@usdoj.gov |